```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 46508
   MONNIE D WHITLEY
   JEANA E WHITLEY                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8669      SSN XXX-XX-7961


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/17/2004 and was confirmed 02/02/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/11/2007.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
BENEFICIAL HOUSEHOLD~       CURRENT MORTG          .00           .00           .00
CITIMORTGAGE INC            MORTGAGE ARRE     1129.20            .00       1129.20
CITIMORTGAGE INC            CURRENT MORTG          .00           .00           .00
NEIGHBORHOOD AUTO           SECURED           2160.00         117.55       2160.00
COOK COUNTY TREASURER       SECURED                .00           .00           .00
AMERICAN GENERAL FINANCE    SECURED           7769.67         422.83       7769.67
AMERICAN GENERAL FINANCE    UNSEC W/INTER   NOT FILED            .00           .00
AMERICAN GENERAL FINANCE    NOTICE ONLY     NOT FILED            .00           .00
CITY OF CHICAGO WATER DE    SECURED            478.00          30.03        478.00
CITY OF CHICAGO WATER DE    NOTICE ONLY     NOT FILED            .00           .00
COOK COUNTY TREASURER       NOTICE ONLY     NOT FILED            .00           .00
WFS FINANCIAL               SECURED          11700.00         636.73      11700.00
WFS FINANCIAL               UNSEC W/INTER     1880.65         181.89       1880.65
ILLINOIS DEPT OF REVENUE    PRIORITY           758.08          50.14        758.08
INTERNAL REVENUE SERVICE    PRIORITY          1152.40          67.79       1152.40
ECAST SETTLEMENT CORP       UNSEC W/INTER    16814.73        1626.89      16814.73
BENEFICIAL FINANCE          NOTICE ONLY     NOT FILED            .00           .00
NEIGHBORHOOD AUTO           UNSEC W/INTER     1066.00         103.18       1066.00
INTERNAL REVENUE SERVICE    UNSEC W/INTER       23.92           2.58         23.92
ILLINOIS DEPT OF REVENUE    UNSEC W/INTER      179.60          17.56        179.60
LEDFORD & WU                DEBTOR ATTY       1,640.00                    1,640.00
TOM VAUGHN                  TRUSTEE                                       2,805.23
DEBTOR REFUND               REFUND                                        4,459.95

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                   57,274.60

PRIORITY                                        1,910.48
     INTEREST                                     117.93

                     PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 46508 MONNIE D WHITLEY & JEANA E WHITLEY
```

```
SECURED                                                     23,236.87
    INTEREST                                                 1,207.14
UNSECURED                                                   19,964.90
    INTEREST                                                 1,932.10
ADMINISTRATIVE                                               1,640.00
TRUSTEE COMPENSATION                                         2,805.23
DEBTOR REFUND                                                4,459.95
                                      ---------------    ---------------
TOTALS                                     57,274.60           57,274.60
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/27/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE